**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:25-ct-03157-M-RJ**

| | |
|---|---|
| JOSEPH CORNELL CORBETT, III,<br>       **Plaintiff,**<br><br>   v.<br><br>KENO WHITE, et al.,<br>       **Defendants.** | **NOTICE OF APPEARANCE<br>FOR THE LIMITED<br>PURPOSE OF CONDUCTING<br>DISCOVERY** |

On February 23, 2026, the Court appointed North Carolina Prisoner Legal Services, Inc., ("NCPLS") "to conduct discovery on plaintiff's behalf." Dkt. 22. NOW COMES Lee Pollack, Managing Attorney with NCPLS, who hereby enters a Notice of Appearance for the limited purpose of assisting Plaintiff in the above-captioned case with conducting discovery.

Respectfully submitted this 25th day of February, 2026.

/s/ Lee Pollack
Lee Pollack
N.C. Bar No. 55957
lpollack@ncpls.org
N.C. Prisoner Legal Services
Post Office Box 25397
Raleigh, NC 27611
(919) 856-2200
(919) 856-2223 (Fax)

*Co-counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. I also hereby certify that on February 25, 2026, a copy of the foregoing was mailed to following individual:

**Mr. Joseph Cornell Corbett, III, OPUS#: 0795024**
Maury Correctional Institution
P.O. Box 506
Maury, NC 28554

/s/ Lee Pollack
Lee Pollack