IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-03157-M

| | | |
|---|---|---|
| JOSEPH CORNELL CORBETT, III, Plaintiff, | ) | |
| v. | ) | ORDER |
| WARDEN MARY LOCKLEAR, et al., Defendants. | ) | |

On July 23, 2025, Joseph Cornell Corbett, III ("plaintiff"), a state inmate proceeding without prepayment of fees, filed *pro se* a complaint under 42 U.S.C. § 1983. See [D.E. 1, 2, 9].

On October 28, 2025, the court conducted its initial review, allowed Eighth Amendment excessive force claims arising at Lumberton C.I. on October 31, 2022, to proceed against Sergeant Keno White and Correctional Officer Lowry (collectively, "defendants"), but dismissed plaintiff's other claims, and dismissed without prejudice another defendant. See Order [D.E. 10].

On July 23, 2026, defendants filed a motion for summary judgment, Mot. [D.E. 26], a proposed sealed memorandum in support [D.E. 27], a proposed sealed statement of material facts [D.E. 28], a proposed sealed appendix [D.E. 29], a motion to seal, Mot. [D.E. 30], and a motion for leave to file video recordings, Mot. [D.E. 31].

Pursuant to Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam), the court notified plaintiff about defendants' motion for summary judgment, the response deadline, and the consequences of failing to respond. [D.E. 32]. Plaintiff, however, did not respond and the time to do so has passed.

For good cause shown, the court GRANTS defendants' motion for leave to file video recordings [D.E. 31}. The court, however, notes the record includes still images showing plaintiff's involvement in an inmate fight which are not visible from the video exhibit. Compare Defs.' App., Ex. 1D [D.E. 29-5] at 17–20 (still images), with Defs.' App., Ex. 1C [D.E. 29-4] (single-camera video zoomed or positioned such that much of the inmate fight occurs out of frame).

Next, the court turns to defendants' motion to seal. See Mot. [D.E. 30] (seeking to seal the memorandum, statement of facts, appendix, and attached exhibits). After consideration under the governing standard, see Doe v. Pub. Citizen, 749 F.3d 246, 272–73 (4th Cir. 2014), the court GRANTS IN PART this motion [D.E. 30], and DIRECTS the clerk to seal the Appendix and attached exhibits [D.E. 29], but DENIES the motion as to the memorandum and statement of facts.

Finally, because plaintiff did not respond to defendants' motion for summary judgment, it is unclear whether he wishes to continue this case. Thus, the court DIRECTS plaintiff, not later than December 1, 2026, to SHOW GOOD CAUSE why the action should not be dismissed without prejudice for failure to prosecute, and WARNS plaintiff that the court will dismiss the action without prejudice for failure to prosecute if he does not respond to this order in the time allowed.

SO ORDERED this 13th day of November, 2026.

Richard E. Myers II

RICHARD E. MYERS II
Chief United States District Judge